IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16–cv–03208–PAB–MLC
(Consolidated with Civil Action No. 17–cv–00041–PAB–MLC)

---

Civil Action No. 16-cv-03208-PAB-MLC

PATRICIA MISCHEK, individually and on behalf of all persons similarly situated,

　　Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,

　　Defendant.

---

Civil Action No. 17-cv-00041-PAB-MLC

SKUYA CHRISTENSEN, individually and on behalf of all persons similarly situated,

　　Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,

　　Defendant.

---

## FINAL JUDGMENT

---

　　In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

　　Pursuant to the Order [Docket No. 85] of United States District Judge Philip A. Brimmer entered on March 21, 2018, it is

ORDERED that State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment Re: (1) Enforcement of Settlement; and (2) Accord and Satisfaction [Docket No. 58] is GRANTED. It is further

ORDERED that plaintiff Patricia Mischek's first claim for relief is dismissed with prejudice. It is further

ORDERED that plaintiff Skuya Christensen's first and second claims for relief are dismissed with prejudice. It is further

ORDERED that judgment shall enter in favor of defendant State Farm Mutual Automobile Insurance Company, a foreign corporation, and against plaintiffs Patricia Mischek, individually and on behalf of all persons similarly situated, and Skuya Christensen, individually and on behalf of all persons similarly situated. It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of March, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
   Deputy Clerk